## HARVE DUNLAP v. STATE.

No. A-1196.   Opinion Filed February 3, 1912.

Appeal from Woods County Court; W. M. Bickel, Judge.

Harve Dunlap was convicted of violating the prohibitory law, and appeals. Affirmed.

E. W. Snoddy, for plaintiff in error.

E. G. Spilman, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted on the 7th day of April, 1911, in the county court of Woods county, on a charge of violating the prohibitory law, and on the 15th day of said month was sentenced to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days. Finding no error prejudicial to the substantial rights of the plaintiff in error, the judgment of the trial court is affirmed.